UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FREEDOM TRAIL FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BOSTON MULTI-LINGUAL TROLLEY TOURS, INC., d/b/a DISCOVER BOSTON TROLLEY TOURS INC.,<br><br>Defendant. | Civil Action No.<br><br>04 - 10923 RCL |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, The Freedom Trail Foundation, Inc. hereby states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

THE FREEDOM TRAIL FOUNDATION, INC.

By its attorneys,

_/s/ Mark S. Freeman_
Mark S. Freeman (BBO# 636290)
E. Page Wilkins (BBO # 654535)
CHOATE HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
Tel.: (617) 248-5000

Dated: May 10, 2004

3694213v1