AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

The Freedom Trail Foundation, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Discover Boston Multi-Lingual Trolley Tours, Inc.

CASE NUMBER:  04-10923 RCL

TO: (Name and address of Defendant)

Discover Boston Multi-Lingual Trolley Tours, Inc.
84A Atlantic Ave.
Commercial Wharf
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark S. Freeman, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

5-10-04

CLERK

(By) DEPUTY CLERK