UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**THE FREEDOM TRAIL FOUNDATION, INC.**

V.                                  CIVIL ACTION NO. 04-10923-RCL

**DISCOVER BOSTON MULTI-LINGUAL
TROLLEY TOURS, INC.**

## NOTICE OF DEFAULT

For failure of the defendant, **Discover Boston Multi-Lingual Trolley Tours, Inc.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 14th day of June, 2004.

TONY ANASTAS, CLERK

By:/s/ Lisa M. Hourihan
June 14, 2004                            Deputy Clerk