UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE FREEDOM TRAIL FOUNDATION, INC.,<br>          Plaintiff<br><br>v.<br><br>DISCOVER BOSTON MULTI-LINGUAL TROLLEY TOURS, INC.,<br>          Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-10923-RCL |

## ORDER OF RECUSAL

LINDSAY, D.J.

    I hereby recuse myself with respect to the above-entitled action.

SO ORDERED.

                                          /s/ REGINALD C. LINDSAY
                                          UNITED STATES DISTRICT JUDGE

DATED: June 16, 2004