UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FREEDOM TRAIL FOUNDATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BOSTON MULTI-LINGUAL TROLLEY TOURS, INC., d/b/a DISCOVER BOSTON TROLLEY TOURS INC.<br><br>Defendant. | Civil Action No. 04-10923-RCL<br>RGS |

## STIPULATED JUDGMENT

The parties hereto have agreed to a settlement of the matters in issue between them, and to the entry of this Judgment. It is, therefore, hereby ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over plaintiff The Freedom Trail Foundation, Inc. (hereinafter, "The Foundation") and over defendant Discover Boston Multi-Lingual Trolley Tours, Inc. (hereinafter, "Discover Boston") and over the subject matter in issue, and venue is proper.

2. The Foundation is the owner of United States Trademark Registrations for THE FREEDOM TRAIL, Registration No. 1,639,278; THE FREEDOM TRAIL BOSTON, Registration No. 2,833,829 and THE FREEDOM TRAIL PLAYERS, Registration No. 2,048,772. The Foundation is the owner of Massachusetts Trademark Registrations for THE

FREEDOM TRAIL including Registration Nos. 43,421; 43,422; 43,423; 43,424; 43,425. The Foundation is also the owner of a Massachusetts Trademark Registration for THE FREEDOM TRAIL PLAYERS, Registration No. 51,636. (All of these registrations will hereinafter collectively be referred to as the "Trademarks".)

3. The Foundation will suffer irreparable harm by Discover Boston's use of the Trademarks, and other designations substantially similar to the Trademarks, in the advertisement and sale of its services and merchandise.

4. Defendant, Discover Boston Multi-Lingual Trolley Tours, Inc., and their officers, agents, servants, employees, attorneys, and those person acting in concert or participation with them, are hereby enjoined from using The Foundation's Trademarks, or any other designation substantially similar to the Trademarks, in the advertisement or sale of Discover Boston's services or merchandise, and from otherwise holding themselves out as authorized agents or representatives of The Foundation.

5. This Judgment shall be binding on the parties and their successors or assigns.

6. Each party hereto shall bear its own costs and expenses, including attorney fees.

7. This Court shall retain jurisdiction to enforce any violation of the terms of this Judgment.

8. Plaintiff The Freedom Trail Foundation, Inc. shall have judgment accordingly.

IT IS SO ORDERED THIS ___ day of _____, 2004

_____
United States District Judge

Approved for Plaintiffs:

_____
Mark S. Freeman (BBO#636290)
E. Page Wilkins (BBO# 654535)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109-2891
(617) 248-5000

Approved for Defendants:

_____
Gideon Oknin
Discover Boston Multi-Lingual
  Trolley Tours, Inc.
84A Atlantic Avenue
Commercial Wharf
Boston, MA  02110

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2004, a copy of the **Stipulated Judgment** was served by first class mail on:

Gideon Oknin
Discover Boston Multi-Lingual
Trolley Tours, Inc.
84A Atlantic Avenue
Commercial Wharf
Boston, MA 02110

_____
Mark S. Freeman